UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
~~SOUTHERN~~

JOHNNY W. CROSBY, JR.,

          Plaintiff,

-against-

McDONALD'S OF GUILDERLAND, LLC,
MICHELL WOLF LLC, and "FRAN" (last
name unknown),

          Defendants.

**STIPULATION OF DISMISSAL**
1:17-CV-01160 MAD/DEP

---

    **IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action, be and the same hereby is dismissed by the plaintiffs pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), with prejudice and on the merits, and without costs to either party as against the other.  This Stipulation may be filed without further notice with the Clerk of the Court.

DATED: 12/10/18

KARPF, KARPF & CERUTTI, P.C.

By:   ADAM LEASE
Bar Roll No. 517997
Attorneys for Plaintiffs
3331 Street Road
Two Greenwood Square, Suite 128
Bensalem, PA 19020
E-Mail: alease@karpf-law.com

DATED: 12/13/18

CARTER, CONBOY, CASE, BLACKMORE,
MALONEY & LAIRD, P.C.

By:   MICHAEL J. MURPHY
Bar Roll No. 102244
Attorneys for Defendants, Michell Wolf, LLC
20 Corporate Woods Boulevard
Albany, NY 12211-2396
E-Mail: Mmurphy@carterconboy.com

DATED: Dec 11, 2018

MAYNARD, O'CONNOR, SMITH &
    CATALINOTTO, LLP

By: ANDREA P. DEMERS
Bar Roll No. 514584
Attorneys for Defendants, McDonald's
of Guilderland and Fran DeLeon
6 Tower Place
Albany, NY 12203
E-Mail: demers@maynardoconnorlaw.com